IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G. NEIL GARRETT, D.D.S., P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 8019 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Dow |
| WORLD WIDE DENTAL | ) | Magistrate Judge Schenkier |
| SUPPLIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant World Wide Dental Supplies, Inc., and in Plaintiff's favor, in the amount of $1,500.00 for plaintiff in statutory damages, plus $2830.00 in attorney's fees and $460.00 in costs of suit.

Defendant World Wide Dental Supplies, Inc. is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: _____4/24/214_____

_____
Judge Robert M. Dow, Jr., U.S.D.C.